IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLORIA A. WILLIS                                                                                    PLAINTIFF

VS.                                            CASE NO. 04-CV-1107

UNITED FOOD AND COMMERCIAL
WORKERS UNION, LOCAL 2008                                                          DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendant, United Food and Commercial Workers Union, Local 2008. (Doc. No. 13). Plaintiff Gloria Willis has filed her response. (Doc. No. 18). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted** and the lawsuit is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 27th day of January, 2006.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge